UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-20824-CIV-O'SULLIVAN
[CONSENT]

SEXUAL MD SOLUTIONS, LLC,
    Plaintiff,

v.

DUSTIN WOLFF, et al.,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintif[f] Sexual M.D. Solutions, LLC's Motion for Leave to File Under Seal (DE# 179, 5/28/20). The Eleventh Circuit has stated that "[o]nce a matter is brought before a court for resolution, it is no longer solely the parties' case, but also the public's case. Absent a showing of extraordinary circumstances . . . the court file must remain accessible to the public." Brown v. Advantage Eng'g, Inc., 960 F.2d 1013, 1016 (11th Cir. 1992) (noting that "[i]t [was] immaterial whether the sealing of the record [was] an integral part of a negotiated settlement between the parties."). The instant motion fails to demonstrate good cause to support the sealing of the plaintiff's reply. Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Plaintif[f] Sexual M.D. Solutions, LLC's Motion for Leave to File Under Seal (DE# 179, 5/28/20) is **DENIED without prejudice**. The plaintiff shall **promptly** submit an unredacted version of its reply to osullivan@flsd.uscourts.gov. The parties shall be prepared to argue why the motion to seal should be granted at the May 29, 2020 hearing.

DONE AND ORDERED in Chambers at Miami, Florida, this **28th** day of May, 2020.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE